KEYES & MARSHALL BROS. REALTY COMPANY, Appellant,
  *v.* TRUSTEES OF THE CANTON CHRISTIAN COLLEGE,
  Respondent.

*Keyes & Marshall Bros. Realty Co.* v. *Trustees, etc.,* 146 App. Div.
796, affirmed.
(Argued April 30, 1912; decided May 14, 1912.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 6, 1911, which reversed an inter-
locutory judgment of Special Term overruling a demurrer
to the complaint and sustained such demurrer in an action
upon a covenant of warranty.

The following question was certified: "Does the com-
plaint state facts sufficient to constitute a cause of action?"

*John C. O'Conor* for appellant.

*Mornay Williams* for respondent.

Order affirmed, with costs, on the opinion of CLARKE, J.,
at the Appellate Division, and the question certified is
answered in the negative, upon the assumption that it
refers to a cause of action maintainable in the courts of
this state; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER, HISCOCK and COLLIN, JJ.